UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SANTOS G. GUZMAN and CHRISTIAN D.             :
JIMENEZ, on behalf of himself and other       :
similarly situated,                           :   **ORDER**
              Plaintiffs,              :
                                              :   21 CV 5100 (VB)
v.                                            :
                                              :
GLENCO CONTRACTING GROUP, INC., and           :
DAVID MCGRATH,                                :
              Defendants.             :
                                              :
--------------------------------------------------------------x

      The Court has been advised that the parties have reached a settlement in principle in this FLSA case.

      By September 7, 2021, counsel shall submit an application for approval of the settlement, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated: August 5, 2021
       White Plains, NY

                                      SO ORDERED:

                                      _____
                                      Vincent L. Briccetti
                                      United States District Judge