IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SANTOS G. GUZMAN and CHRISTIAN D. JIMENEZ,   Civil Action No. 7:21-cv-05100-VB
individually and on behalf of all others similarly situated,

　　　　　　　　　　　Plaintiffs,

v.

GLENCO CONTRACTING GROUP INC. and
DAVID MCGRATH,

　　　　　　　　　　　Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/21

### [PROPOSED] STIPULATION AND ORDER OF DISMISSAL

AND NOW, THIS 28th DAY OF October, 2021, the Court, having reviewed the Wage-Related Settlement Agreement and Release that the parties submitted in the case of *Santos G. Guzman and Christian D. Jimenez, individually and on behalf of all others similarly situated v. Glenco Contracting Group Inc. and David McGrath,* and having considered applicable case law, and for good cause shown, it is **ORDERED, ADJUDGED and DECREED** that:

　　1.　　The Wage-Related Settlement Agreement and Release between Santos G. Guzman and Christian D. Jimenez (collectively, "<u>Plaintiffs</u>") on the one hand and Glenco Contracting Group Inc. and David McGrath (collectively, "<u>Defendants</u>," and together with Plaintiffs, the "<u>Parties</u>") on the other hand:  (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of Plaintiffs' claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiffs' claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future.  The Wage-Related Settlement Agreement and Release is therefore **APPROVED** by the Court.

　　2.　　The lawsuit and claims of Santos G. Guzman and Christian D. Jimenez against

1

Glenco Contracting Group Inc. and David McGrath are DISMISSED WITH PREJUDICE in their entirety without fees or costs except as agreed to by the Parties in the Wage-Related Settlement Agreement and Release.

Dated: Queens, New York
October 14, 2021

HELEN F. DALTON & ASSOCIATES, P.C.

By: *James O'Donnell*
 Roman Avshalumov, Esq.
 James O'Donnell, Esq.
 80-02 Kew Gardens Road, Suite 601
 Kew Gardens, New York 11415
 Telephone: (718) 263-9591
 avshalumovr@yahoo.com
 jamespodonnell86@gmail.com


Dated: New York, New York
October 13, 2021

SKOLNICK LEGAL GROUP, P.C.

By: _____
 Martin P. Skolnick, Esq.
 Scott H. Bernstein, Esq.
 Attorneys for Defendants
 18 East 41st Street, 6th Floor
 New York, New York 110017
 Telephone: (212) 744-9600
 martin@skolnicklegalgroup.com
 scott@skolnicklegalgroup.com

_____
THE HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
October 28, 2021

2